NUMBER 13-07-00724-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

INDEPENDENT CONTRACTORS, INC., APPELLANT,


v.



PDLR INVESTMENTS, LTD., ASSIGNEE 

IN INTEREST OF LA MANSION DEL PASEO, LTD., APPELLEE.

_____________________________________________________________


On Appeal from the 357th District Court 


of Cameron County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Garza and Vela


Memorandum Opinion Per Curiam


 Appellant, Independent Contractors, Inc., appealed a judgment rendered against
it in the 357th District Court of Cameron County, Texas. On February 6, 2008, the Clerk
of this Court notified appellant that the clerk's record in the above cause was originally due
on December 31, 2007, and that the deputy district clerk, Laura Cisneros, had notified this
Court that appellant failed to make arrangements for payment of the clerk's record. The
Clerk of this Court notified appellant of this defect so that steps could be taken to correct
the defect, if it could be done. See Tex. R. App. P. 37.3, 42.3(b),(c). Appellant was
advised that, if the defect was not corrected within ten days from the date of receipt of this
notice, the appeal would be dismissed for want of prosecution. On February 14, 2008, the
Clerk sent appellant a similar notice regarding appellant's failure to make arrangements
for payment of the reporter's record. To date, appellant has failed to respond to the Court's
notices. 

 The Court, having considered the documents on file and appellant's failure to
respond to the Court's notices, is of the opinion that the appeal should be dismissed. See
id. 37.3, 42.3(b),(c). Accordingly, the appeal is DISMISSED.


 

 PER CURIAM

Memorandum Opinion delivered 

and filed this the 17thday of April, 2008.